IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Godo Kaisha IP Bridge 1<br><br>  Plaintiff,<br><br>v.<br><br>Micron Technology, Inc.;<br>Micron Semiconductor Products, Inc.; and<br>Micron Technology Texas, LLC<br><br>  Defendants. | Civil Action No. 6:20-cv-00178-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., Plaintiff Godo Kaisha IP Bridge 1 ("Plaintiff") and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc. and Micron Texas, LLC (collectively, "Defendants") hereby jointly stipulate to the dismissal of this action. The Parties further jointly stipulate and agree that all of Plaintiff's claims in this action shall be DISMISSED WITH PREJUDICE. The Parties further jointly stipulate and agree that each party shall bear its own costs, expenses, and attorneys' fees incurred in connection with this action.

Dated: July 25, 2023

/s/ B. Russell Horton
B. Russell Horton
GEORGE BROTHERS KINCAID &
HORTON LLP
TX State Bar No. 10014450
114 West 7th Street, Suite 1100
Austin, Texas 78701
Telephone: (512) 495-1400
rhorton@gbkh.com

James R. Batchelder
Andrew N. Thomases
Andrew T. Radsch
ROPES & GRAY LLP
1900 University Avenue
East Palo Alto, CA 94303-2284
Tel: 650-617-4000
Fax: 650-617-4090
James.Batchelder@ropesgray.com
Andrew.Thomases@ropesgray.com
Andrew.Radsch@ropesgray.com

Han Xu
ROPES & GRAY LLP
JP Tower 30F, 2-7-2, Marunouchi
Chiyoda-ku, Tokyo 100-7030, Japan
Tel: 81 3 6259 3524
Fax: 81 3 6259 3595
Han.Xu@ropesgray.com

Hyun-Joong (Daniel) Kim
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Daniel.Kim@ropesgray.com

Allen S. Cross
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
Allen.Cross@ropesgray.com

*Attorneys for Plaintiff*
GODO KAISHA IP BRIDGE 1.

*/s/ Jared Bobrow*
Jared Bobrow (CA State Bar No. 133712)
Jason Lang (CA State Bar No. 255642)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Tel: (650) 614-7400

2

Fax: (650) 614-7401
jbobrow@orrick.com
jlang@orrick.com

Claudia Wilson Frost
State Bar No. 21671300
ORRICK, HERRINGTON & SUTCLIFFE LLP
609 Main Street, 40th Floor
Houston, TX 77002
Tel: (713) 658-6400
Fax: (713) 658-6400
cfrost@orrick.com

Kristina McKenna (MA State Bar No. 706245)
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkley St., Suite 2000
Boston, MA 02116
Tel: (617) 880-2214
Fax: (617) 880-1801
kmckenna@orrick.com

*Attorneys for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC*